MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
 State of New Jersey, Palisades Interstate Parkway Commission,
 Palisades Interstate Parkway Police Department, PIPPD P.O.
 Matthew Levine, Badge No. 366; PIPPD Sergeant Gregory D.
 Kimbro Jr, Badge No. 368; PIPPD P.O Timothy Conboy,
 Badge No.393l PIPPD P.O Peter Wojcik, Badge No. 406;
 and PIPPD P.P. Scott Bilotti, Badge No. 413.

By:   Thomas Sindel (340392021)
      Deputy Attorney General
      609-376-2986
      Thomas.Sindel@law.njoag.gov

## UNITED STATES DISTICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| ALEXANDER SHAPOROV, | Hon. Evelyn Padin, U.S.D.J. |
| --- | --- |
| Plaintiff, | Hon. Leda D. Wettre, U.S.M.J. |
| v. | Civil Action No. 2:22-CV-01150-EP-LDW |
| STATE OF NEW JERSEY, *et al.*, | **CONSENT ORDER PERMITTING RELEASE AND USE OF INFORMATION CONTAINED IN SEALED AND EXPUNGED RECORDS PURSUANT TO N.J.S.A. 2C:52-19** |
| Defendants. | |

**THIS MATTER** having come before the Court on application by the parties,

Plaintiff Alexander Shaporov represented by William Igbokwe, Esq. and Matthew J.

Platkin, Acting Attorney General of New Jersey, Thomas Sindel, Deputy Attorney General, appearing on behalf of Defendants State Of New Jersey, Palisades Interstate Parkway Commission, Palisades Interstate Parkway Police Department, PIPPD P.O. Matthew Levine, Badge No. 366; PIPPD Sergeant Gregory D. Kimbro Jr, Badge No. 368; PIPPD P.O Timothy Conboy, Badge No.393l PIPPD P.O Peter Wojcik, Badge No. 406; PIPPD P.P. Scott Bilotti, Badge No. 413 (collectively, "State Defendants"), for the entry of an Order permitting release and use of information in sealed and expunged records pursuant to N.J.S.A. 2C:52-19, and for good cause shown:

    IT IS ON THIS  19th  DAY OF     December     , 2023:

    1.    ORDERED and ADJUDGED that the information contained in sealed and expunged records relating to Complaint No. 0288-S-2020-000056, Ticket No. 0288-E20-003339, and Ticket No. 0288-E20-003340 pursuant to N.J.S.A. 2C:52-19 be released for use in the litigation concerning Civil Action No. 2:22-CV-01150-EP-LDW;

    2.    IT IS FURTHER ORDERED AND ADJUDGED that the information and records sealed and expunged may be inspected, disclosed along with the information contained therein, by and between the parties in conjunction with any and all discovery devices authorized in the civil action now pending and being litigated by the parties;

    3.    IT IS FURTHER ORDERED and ADJUDGED that the named parties as well as their counsel, along with any and all experts employed thereby, shall likewise be permitted inspection of the files and records or release of the information contained

therein and which were the subject of the Expungement Order, including filing of charges, return of indictment, testimony and transcripts of defendants before the grandy jury, as well as any and all other information related to and discovered in the course of the underlying criminal action, Complaint No. 0288-S-2020-000056, and underlying traffic infractions, Ticket No. 0288-E20-003339 and Ticket No. 0288-E20-003340.

**IT IS SO ORDERED.**

Dated: 12/19/2023

_____
HON. LEDA DUNN WETTRE, U.S.M.J.

**IGBOKWE, PLLC d/b/a LAW OFFICE OF WILLIAM IGBOKWE**

_____
William Igbokwe, Esq.
Attorney for Plaintiff

**MATTHEW J. PLATKIN ATTORNEY GENERAL OF NEW JERSEY**

/s/ Thomas Sindel, DAG
_____
BY: Thomas Sindel, DAG
       Attorney for State Defendants

**THE MAGLIONE FIRM, PC**

/s/ Dean Maglione
_____
Dean Maglione, Esq.
Attorney for Plaintiff