<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALEXANDER SHAPOROV,

Plaintiff,

v.

PIPPD P.O. MATTHEW LEVINE, *et al.*,

Defendant.

No. 22cv1150 (EP) (LDW)

**ORDER**

Defendants Palisades Interstate Police Department ("Palisades PD") officers Matthew Levine ("PO Levine"), Timothy Conboy ("PO Conboy"), Peter Wojcik ("PO Wojcik"), Scott Bilotti ("PO Bilotti"), and Sergeant Gregory D. Kimbro, Jr. ("Sergeant Kimbro"), in their individual capacities (collectively, "Defendants"), having moved for summary judgment pursuant to Fed. R. Civ. P. 56(a), D.E. 100 (the "Motion"), and the Court having reviewed the Motion and all related items on the docket and having determined that oral argument is not needed,

**IT IS**, on this **25th** day of September 2025, for the reasons set forth in the accompanying Opinion,

**ORDERED** that Defendants' Motion for Summary Judgment, D.E. 100, is **GRANTED**; and it is further

**ORDERED** that judgment is **ENTERED**:

- In favor of PO Levine, PO Conboy, PO Wojcik, and PO Bilotti and against Plaintiff on Count I (false arrest) and Count II (false imprisonment);

- In favor of PO Levine and against Plaintiff on Count III (unreasonable and excessive force), Count IV (malicious prosecution), Count VII (substantive due

process); Count VIII (procedural due process); and Count X (malicious abuse of process/malicious prosecution); and

- In favor of Sergeant Kimbro and against Plaintiff on Count V (failure to supervise) and Count IX (failure to intervene); and it is further

**ORDERED** that Palisades PD Doe Police Officers #1–10 and Palisades PD Supervisor Doe Police Officer #1 are **DISMISSED** from this action *with prejudice*; and it is further

**ORDERED** that O. Williams Igbokwe, Esq. (admitted *pro hac vice* to this Court) and Dean Maglione, Esq. (local counsel) shall **SHOW CAUSE** why the conduct described in Section V of the Court's Opinion has not violated Federal Rule of Civil Procedure 11, the undersigned's judicial preferences regarding the use of Generative Artificial Intelligence (*see* Section I.B thereof), and the New Jersey Rules of Professional Conduct within **14 days** of this Order; and it is further

**ORDERED** that Defendants shall file public redacted versions of all summary judgment exhibits within **14 days** of this Order as previously directed by D.E. 107; and it is finally

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

_____
Evelyn Padin, U.S.D.J.